IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA ROBINSON,<br>Plaintiff | : CIVIL ACTION NO. 3:16-CV-2072 |
| | : |
| Vs. | |
| | : JUDGE CAPUTO |
| COVE HAVEN PROPCO, LLC, ET AL,<br>Defendants | : |

MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on August 6, 2018, and the results of that conference are indicated below:

__X__ The case has been completely settled.

____ No settlement reached.

____ The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engaged in additional discussions if appropriate.

/s/ Raymond E. Ginn, Jr.
Signature of Mediator

Date: August 6, 2018